WMX TECHNOLOGIES, INC., f/k/a/ Waste Management, Inc., a Delaware corporation, and Waste Management of California, Inc., a California corporation, Plaintiffs–Appellants,

v.

Edwin L. MILLER, Jr., as District Attorney of San Diego County, California, Defendant–Appellee.

No. 93–55917.

United States Court of Appeals, Ninth Circuit.

Sept. 26, 1996.

## ORDER

Before: HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.